```
LAW OFFICES OF
WAGNER & JONES
Nicholas Wagner, #109455
Daniel M. Kopfman, #192191
1111 East Herndon,
Suite 317
Fresno, California  93720
(559) 449-1800


Attorneys for Plaintiffs, MARY RIORDAN


                UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MARY RIORDAN | CASE NO. CIV-F-04 6568 OWW DLB |
| Plaintiff, | STIPULATION AND ORDER RE: CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT AND TRIAL DATE |
| v. | |
| FEDERAL EXPRESS CORPORATION, and DOES I to XX, | |
| Defendants. | |

Parties hereby agree and Stipulate that Defendant's Motion for Summary Judgment presently scheduled for February 27, 2006 @ 9 am be continued to June 5, 2006 @ 10 am in Courtroom 2.  The pre-trial and trial dates will be determined by this Court.

DATED: January ___, 2006                LAW OFFICES OF
                                        WAGNER & JONES


                                        /s/ D. Kopfman for
                                        Nicholas Wagner, Attorney
                                        for Plaintiff, Mary
                                        Riordan

```
DATED: January ___, 2006            FedEx/Legal Department


                                    /s/ David Wilson
                                    David Wilson, Esq.
                                    Attorney for FedEx
```

GOOD CAUSE APPEARING, the parties' Stipulation Regarding Defendant's Motion for Summary Judgment and the trail date is approved.  The new hearing date for Defendant's Motion for Summary Judgment is June 5, 2006 @ 10 am.  The pre-trial and trial dates are as follows:

Pre-trial date: ___July 31, 2006 at 11:00 a.m.

Trial date: ____September 6, 2006 at 9:00 a.m.


DATED: January 27___, 2006


(No further continuances - OWW)
                                    /S/ OLIVER W. WANGER

                                    _____
                                    UNITED STATES DISTRICT JUDGE


stip131-05

2

**PROOF OF SERVICE**
**1031A(3) C.C.P.**

STATE OF CALIFORNIA,

COUNTY OF FRESNO

    I am employed in the County of Fresno, State of California. I am over the age of eighteen and not a party to the within entitled action;

    On January 25, 2006, I served the STIPULATION AND ORDER RE: CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT AND TRIAL DATE on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

```
David Wilson, III.              William Hahesy
Sandra C. Isom                  Brooke Williams
FedEx/Labor Department          SAGASER, FRANSON & JONES
3620 Hacks Cross Road           2445 Capitol Street, 2nd Floor
Memphis, TN 38125               Fresno, CA 93721
```

*Via Facsimile: 901/434-9279*     *Via Facsimile: 559/233-9330*

    _X_  (By Mail) I caused each envelope with postage fully prepared to be placed in the United States mail, at Fresno, California.

    ____  (By Certified Mail) I caused each envelope with postage fully prepared to be placed in the United States mail, at Fresno, California.

    ____  (By Hand) I caused each envelope to be delivered by hand to the office/person listed above.

    _X_  (By Facsimile) the document(s) listed above to the fax number(s) set forth above on this date before 5pm.

    ____  (By FedEx) the document(s) listed above in a sealed Federal express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery to the address(es) set forth above.

    I, declare under penalty of perjury that the foregoing is true and correct.  Executed on January 25, 2006 at Fresno, California.

                                        /s/ Renee Chavez