| | |
|---|---|
| 1 | **FEDERAL EXPRESS CORPORATION** |
| 2 | 3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, Tennessee 38125-8800 |
| 3 | Telephone: (901) 434-8217 |
| 4 | David S. Wilson, III. #174185 |
| 5 | Sandra C. Isom #157374 |
| 6 | **SAGASER, JONES & HAHESY** |
| 7 | 2445 Capitol Street, 2nd Floor<br>Post Office Box 1632 |
| 8 | Fresno, California 93717-1632<br>Telephone: (559) 233-4800 |
| 9 | William C. Hahesy #105743 |
| 10 | Attorneys for: Defendant Federal Express Corporation |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY RIORDAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　　　Defendant. | Case No. CIV-F-04-6568 OWW DLB<br><br>**EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION FROM JUNE 12, 2006 TO JUNE 26, 2006 AND ORDER THEREON**<br><br>Date:　　June 12, 2006<br>Time:　　10:00<br>Dept.:　　3<br><br>Trial Date:　September 6, 2006 |

　　　　Defendant, Federal Express Corporation hereby applies Ex Parte to the court as follows:

　　　　1.　　The hearing on Defendant Federal Express Corporation's Motion For Summary Judgment and/or Summary Adjudication was initially set for June 5, 2006.

　　　　2.　　On May 31, 2006, the court continued the hearing on Motion to June 12, 2006.

{6328/003/00190648.DOC}　　　　　　　　　1

---

EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION FROM JUNE 12, 2006 TO JUNE 26, 2006 AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

3. On June 12, 2006, Mr. David Wilson, lead counsel for Defendant Federal Express Corporation is scheduled to appear in United States District Court, Central District of California at a Mandatory Status Conference in a case known as Clausnitzer, et al. v. Federal Express Corporation. Mr. William C. Hahesy, who is local counsel for Defendant Federal Express Corporation, is scheduled to be on vacation from June 10, 2006 through June 17, 2006. Both counsel are currently not available to appear at the hearing on June 12, 2006.

4. After receipt of the court's Minute Order continuing the hearing to June 12, 2006, efforts were made to continue the hearing date by stipulation to June 26, 2006. Those efforts have not been successful. Those efforts consisted of attempting to obtain a stipulation from Plaintiff's counsel to continue the hearing date to June 26, 2006. Plaintiff's counsel has not indicated that they are unavailable on that date, but has declined to stipulate absent conditions that are not acceptable to Defendant Federal Express Corporation.

5. Defendant Federal Express Corporation respectfully requests that the court continue the hearing currently set for June 12, 2006 to June 26, 2006 at 10:00 a.m. or to another date and time available to the court.

DATED: June 2, 2006.                SAGASER, JONES & HAHESY

                                    By:     /s/   William C. Hahesy
                                        William C. Hahesy,
                                        Attorneys for Defendant
                                        Federal Express Corporation

## ORDER

The court having reviewed the foregoing Ex Parte Application and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the hearing on Defendant Federal Express Corporation's Motion for Summary Judgment and/or Summary Adjudication shall be continued from June 12, 2006 to __June 26_____, 2006 at _10:00___ a.m.


DATED: June _7_, 2006.              /s/ OLIVER W. WANGER
                                    Honorable Oliver W. Wanger
                                    United States District Judge

{6328/003/00190648.DOC}                2

PDF created with pdfFactory trial version www.pdffactory.com