David S. Wilson, III, #174185
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4656
Facsimile: (949) 862-4605

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231

Attorneys for Defendant Federal Express Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RIORDAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant(s). | Case No. 1:04-CV-06568 OWW DLB<br><br>**CONSENT TO AND NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND ORDER THEREON** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**<u>WITHDRAWAL</u>**

    PLEASE TAKE NOTICE that William C. Hahesy hereby withdraws as counsel of record for Defendant FEDERAL EXPRESS CORPORATION in the above-captioned matter. Defendant FEDERAL EXPRESS CORPORATION continues to be represented in this action by David S. Wilson, Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

DATED: February ___, 2009                            _____
                                                                             WILLIAM C. HAHESY

## **CONSENT TO WITHDRAWAL**

Defendant FEDERAL EXPRESS CORPORATION consents to the withdrawal and will continue to be represented by David S. Wilson, Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

DATED: _____, 2009          FEDERAL EXPRESS CORPORATION

                                            By: _____
                                                  DAVID S. WILSON

## **ORDER**

IT IS SO ORDERED.

DATED: 3/6/2009          /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
                                        UNITED STATES DISTRICT COURT JUDGE