NICHOLAS WAGNER, ESQ. (Bar No. 109455)
**LAW OFFICES OF WAGNER & JONES**
1111 East Herndon, Suite 317
Fresno, California 93720
TEL: (559) 449-1800
FAX: (559) 449-0749
rchavez@wagnerjones.com

**Attorneys for Plaintiff**
**MARY RIORDAN**

DAVID S. WILSON, III  (Bar No. 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4656
FAX: (949) 862-4605
dswilson@fedex.com

**Attorneys for Defendant**
**FEDERAL EXPRESS CORPORATION**

FILED
SEP 2 5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RIORDAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES I to XX,<br><br>　　　　　Defendants. | CASE NO. CV-04-06568 OWW (DLBx)<br><br>ASSIGNED TO THE HONORABLE JUDGE OLIVER W. WANGER<br>Courtroom 3<br><br>**STIPULATION OF PARTIES FOR DISMISSAL OF ACTION** |

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

STIPULATION OF PARTIES FOR DISMISSAL OF ACTION

Defendant FEDERAL EXPRESS CORPORATION (FedEx) and Plaintiff MARY RIORDAN (Plaintiff) hereby submit the following Stipulation of Parties for Dismissal of Action, pursuant to Rule 41(a)(1):

WHEREAS the parties have settled this matter and have executed a written settlement agreement;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the above-entitled action shall be dismissed with prejudice as to Federal Express Corporation. Each party is to bear its or her respective attorneys' fees and costs.

Respectfully submitted,

DATED: September 23, 2009      FEDERAL EXPRESS CORPORATION

By: /S/ David S. Wilson, III
David S. Wilson, III
Attorneys for Defendant
Federal Express Corporation

DATED: September 23, 2009      MARY RIORDAN

By: /S/ Nicholas Wagner
Nicholas Wagner
Attorneys for Plaintiff
Mary Riordan

**IT IS SO ORDERED**

Dated: 9-25-, 2009

Honorable Oliver W. Wanger
U.S. District Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
STIPULATION OF PARTIES FOR DISMISSAL OF ACTION